■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARIS POWELL, Appellant. [874 NYS2d 821]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered October 3, 2007, convicting him of driving while intoxicated as a felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid and unrestricted waiver of his right to

appeal, executed as part of his plea agreement, precludes review of his claim that the sentence imposed was excessive (*see People v Ramos,* 7 NY3d 737, 738 [2006]; *People v Lopez,* 6 NY3d 248, 255 [2006]; *People v Seaberg,* 74 NY2d 1, 9 [1989]). Spolzino, J.P., Ritter, Covello and Belen, JJ., concur.